UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC | CIVIL ACTION NO. 14-cv-3208 |
| VERSUS | JUDGE HICKS |
| MARACAS MEXICAN RESTAURANT, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all claims against Josefina Sandoval are **dismissed without prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 4th day of January, 2016.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE